JEFFRIES, Appellant, v. BROWN, Respondent. (Supreme Court, Appellate Division, First Department. January 25, 1901.) Action by Marie B. Jeffries, as ancillary administratrix, against William L. Brown. J. M. Dittenhoefer, for appellant. L. T. Doyle, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

JENKINS et al., Appellants, v. JOHN GOOD CORDAGE & MACHINE CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 25, 1901.) Action by Frank & J. G. Jenkins, Jr., against the John Good Cordage & Machine Company and others. No opinion. Motion for leave to appeal to the court of appeals granted. Motion otherwise denied.

JOHNSON v. METROPOLITAN ST. R. CO. (Supreme Court, Appellate Division, First Department. January 25, 1901.) Action by Peter Johnson against the Metropolitan Street-Railroad Company. No opinion. Motion denied, with $10 costs. See 67 N. Y. Supp. 855.

In re KAUTSKY. (Supreme Court, Appellate Division, First Department. February 25, 1901.) In the matter of Kayeton Kautsky. No opinion. Motion denied, with $10 costs. See 67 N. Y. Supp. 882.

KELLY, Appellant, v. STATEN ISLAND MIDLAND R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 31, 1901.) Action by Patrick J. Kelly against the Staten Island Midland Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

KERR, Respondent, v. NEW YORK CENT. & H. R. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 11, 1901.) Action by Charles Kerr against the New York Central & Hudson River Railroad Company and another. No opinion. Motion for leave to appeal to the court of appeals denied.

KERVAN, Appellant, v. TOWNSEND, Respondent. (Supreme Court, Appellate Division, First Department. December 31, 1900.) Action by Matthew C. Kervan against J. Allen Townsend. E. L. Mooney, for appellant. W. P. Allen, for respondent. No opinion.

PER CURIAM. Judgment affirmed, with costs, on opinion in Kervan v. Townsend, 25 App. Div. 256, 49 N. Y. Supp. 137.

O'BRIEN, J., dissents.

KITTEL, Appellant, v. DOMEYER et al., Respondents. (Supreme Court, Appellate Division, First Department. December 31, 1900.) Action by Woldemar Kittel against Charlotte Domeyer and others. G. H. Fletcher, for appellant. F. D. S. Bethue, for respondents. No opinion. Order affirmed, with $10 costs and disbursements; VAN BRUNT, P. J., dissenting.

KNOWLES, Appellant, v. DILLENBECK et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 15, 1901.) Action by George W. Knowles against Sylvester P. Dillenbeck, as assignee, etc., and others. No opinion. Order affirmed, with $10 costs and disbursements.

LAGE v. KRUGER. (Supreme Court, Appellate Division, First Department. February 25, 1901.) Action by Louisa Lage against Pauline Kruger. No opinion. Motion denied, with $10 costs.

LAWLER, Appellant, v. MAGNOLIA MET-AL CO., Respondent. (Supreme Court, Appellate Division, First Department. February 8, 1901.) Action by James Lawler against the Magnolia Metal Company. C. Brainerd, for appellant. A. S. Bacon, for respondent. No opinion. Judgment affirmed, with costs.

LEDERER v. SIRE. (Supreme Court, Appellate Division, First Department. February 15, 1901.) Action by George W. Lederer against Henry B. Sire. No opinion. Motion granted, with $10 costs.

LEONARD, Respondent, v. MUNICIPAL GAS CO. OF CITY OF ALBANY, Appellant. (Supreme Court, Appellate Division, Third Department. January 9, 1901.) Action by Jane Leonard, as administratrix, etc., of John J. Leonard, deceased, against the Municipal Gas Company of the City of Albany. No opinion. Judgment and order unanimously affirmed, with costs.

LERNER, Respondent, v. ABRAHAMS, Appellant. (Supreme Court, Appellate Division, Second Department. January 25, 1901.) Action by Charles Lerner against Max Abrahams. No opinion. Judgment of the municipal court affirmed, with costs.

In re LEVENSON. (Supreme Court, Appellate Division, First Department. December 31, 1900.) In the matter of Nathan B. Levenson. No opinion. Motion denied.

In re LEVENSON. (Supreme Court, Appellate Division, First Department. February 15, 1901.) In the matter of Nathan B. Levenson. No opinion. Motion for substitution of referee granted. See 67 N. Y. Supp. 1138.

In re LEVY. (Supreme Court, Appellate Division, First Department. December 31, 1900.) In the matter of Nathan S. Levy. No opinion. Reference ordered.

LEVY v. HILL. (Supreme Court, Appellate Division, First Department. January 25, 1901.) Action by Mitchell A. C. Levy against George H. B. Hill. No opinion. Motion granted. See 63 N. Y. Supp. 1002.

LORD, Respondent, v. SANDERS, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 29, 1901.) Action by James H. Lord against Harriet Sanders, impleaded, etc. No opinion. Judgment affirmed, with costs.